IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CALVIN WARREN                                                                                   PLAINTIFF

v.                          CASE NO. 4:11CV000317 BSM

DOES et al.                                                                                      DEFENDANTS

## ORDER

On May 17, 2011, plaintiff Calvin Warren was directed to file an amended complaint within thirty days. [Doc. No. 5]. Warren was also cautioned that failure to comply within the prescribed time would result in the dismissal of his complaint without prejudice. More than thirty days have passed, and Warren has not filed an amended complaint or otherwise responded to the May 17, 2011, order.

IT IS THEREFORE ORDERED that plaintiff's complaint is hereby dismissed without prejudice for failure to file an amended complaint, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the order dated May 17, 2011.

Dated this 24th day of August 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE